UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY: NEWARK VICINAGE
-------------------------------------------------------------------X   Case No.

RICHARDSON PIERRE-LOUIS,

                      Plaintiff,                          **COMPLAINT**

    -against-

ENHANCED RECOVERY COMPANY, LLC.,

                      Defendant.
-------------------------------------------------------------------X

        Plaintiff, by and through his attorneys, FAGENSON & PUGLISI, upon knowledge as to himself and his own acts, and as to all other matters upon information and belief, brings this complaint against the above-named defendant and in support thereof alleges the following:

## INTRODUCTION

        1.    This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692, *et seq* which prohibits debt collectors from engaging in abusive, deceptive and unfair acts and practices.

## PARTIES

        2.    Plaintiff is a natural person who received the collection letter at issue in this District and is a consumer as defined by the FDCPA, §1692a(3).

3. Upon information and belief, defendant is a debt collector, as defined pursuant to 15 U.S.C. §1692a(6). Defendant uses the instrumentality of the mail to collect consumer debts which are in default and are owed or due or alleged to be owed or due to others. Upon information and belief, defendant is a foreign limited liability company incorporated in Delaware.

## JURISDICTION AND VENUE

4. This Court has jurisdiction and venue pursuant to 15 U.S.C. § 1692k(d) (FDCPA) and 28 U.S.C. §1331.

## AS AND FOR A FIRST CAUSE OF ACTION

5. Plaintiff re-alleges paragraphs 1 to 4 as if fully re-stated herein.

6. That by letter dated September 29, 2011, defendant wrote to plaintiff at his home in an attempt to collect a debt.

7. That said debt collection letter sought to collect a consumer debt allegedly owed by plaintiff to Sprint.

8. That said debt was alleged by defendant to be in default.

9. That, upon plaintiff's receipt of the said letter from defendant, plaintiff conferred with his attorneys at Fagenson & Puglisi. Thereafter, the undersigned sent a letter dated November 18, 2011 to defendant, informing defendant that plaintiff was disputing the consumer debt alleged to be owed by plaintiff and that Fagenson & Puglisi represented plaintiff. The undersigned also requested in the said letter that plaintiff not be contacted directly concerning the debt.

10. That, subsequently, by mail postmarked on or about December 19, 2011, defendant again wrote to plaintiff at his home, with purported verification of the debt.

11. That defendant's said December 19, 2011 mailing to plaintiff constitutes improper direct contact with plaintiff with full knowledge that he is represented by counsel in the matter, and is in violation of the FDCPA, including but not limited to §1692c(a)(2). Said letter also violates §1692e(10), as a false representation or deceptive means used to collect or attempt to collect a debt or to obtain information concerning a consumer.

WHEREFORE, plaintiff respectfully prays that judgment be entered against defendant as follows:

(a) statutory damages pursuant to 15 U.S.C. §1692k in an amount to be determined at the time of trial;

(b) reasonable attorneys' fees, costs and disbursements pursuant to 15 U.S.C. §1692k; and

(c) for such other and further relief as may be just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff requests trial by jury on all issues so triable.

Dated: New York, New York
April 16, 2012.

CONCETTA PUGLISI, ESQ. (CP 9790)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Telephone: (212)268-2128
Cpuglisi@fagensonpuglisi.com